

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
Post Office Box 25670
Raleigh, North Carolina 27611

Phone: (919) 645-1700
Fax: (919) 645-1750

Peter A. Moore, Jr.
Clerk of Court

September 4, 2019

Wen Chiann Yeh
102 EcKlin Lane
Cary, NC 27519

RE: Yeh v. North Carolina State University et al
5:19-cv-279-D
**Notice to Pro Se Party Regarding Response to Motion to Dismiss Filed on 9/4/2019—Docket Entry # 17**

Dear Ms. Yeh:

*This letter provides important information about your case.*

The defendants, North Carolina State University and Nora F. Sullivan, have filed a motion to dismiss in the above-captioned case. Local Civil Rule 7.1(f), EDNC, provides that you must respond to a motion within twenty-one (21) days of the date of service of the motion. If you fail to respond, the court may grant the motion and your case could be dismissed. Your material in opposition to the motion to dismiss must be filed with the court on or before September 28, 2019.

Under Rule 5 of the Federal Rules of Civil Procedure and Standing Order 18-SO-5, you must serve a copy of anything that you file with the court on any party who is a not a registered user of CM/ECF (i.e., a pro se party who has not registered for e-noticing).

Sincerely,
Peter A. Moore, Jr., Clerk of Court
By: /s/ Nicole Sellers
Deputy Clerk

cc: Opposing counsel via CM/ECF Notification