IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-279-D

| | |
|---|---|
| WEN CHIANN YEH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NORTH CAROLINA STATE UNIVERSITY, ) | |
| and NORA F. SULLIVAN, ) | |
| ) | |
| Defendants. ) | |

On July 3, 2019, Wen Chainn Yeh ("Yeh" or "plaintiff"), appearing pro se, filed a complaint [D.E. 1]. On July 19, 2019, defendants filed waivers of the service of summons [D.E. 8, 9]. On August 12, 2019, Yeh moved for default judgment [D.E. 14]. On August 23, 2019, defendants responded in opposition [D.E. 15]. On August 29, 2019, Yeh replied [D.E. 16].

In accordance with the Federal Rules of Civil Procedure, defendants had 60 days to answer the complaint. See Fed. R. Civ. P. 4(d)(3). The court DENIES Yeh's motion for entry of default [D.E. 14].

SO ORDERED. This 27 day of September 2019.

JAMES C. DEVER III
United States District Judge