IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-279-D

| | | |
|---|---|---|
| WEN CHIANN YEH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NORTH CAROLINA STATE UNIVERSITY, | ) | |
| and NORA F. SULLIVAN, | ) | |
| | ) | |
| Defendants. | ) | |

On June 5, 2019, the court dismissed Wen Chiann Yeh's ("Yeh" or "plaintiff") first complaint. See Wen Chiann Yeh v. N.C. State Univ., No. 5:18-CV-397-D, 2019 WL 2385899 (E.D.N.C. Jun. 5, 2019) (unpublished). On July 3, 2019, Yeh filed a new complaint [D.E. 1]. On September 4, 2019, defendants moved to dismiss plaintiff's complaint [D.E. 17] and filed a memorandum in support [D.E. 18]. See Fed. R. Civ. P. 12(b)(1), (6). On October 29, 2019, plaintiff responded in opposition [D.E. 23].

For the reasons stated in defendants' memorandum of law in support of their motion to dismiss [D.E. 18], the court GRANTS defendants' motion to dismiss [D.E. 17]. The court DISMISSES the complaint WITH PREJUDICE.

SO ORDERED. This 10 day of December 2019.

JAMES C. DEVER III
United States District Judge