UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

WEN CHIANN YEH, )
)
           Plaintiff, )
) **JUDGMENT IN A**
) **CIVIL CASE**
v. ) **CASE NO. 5:19-CV-279-D**
)
NORTH CAROLINA STATE UNIVERSITY and )
NORE F. SULLIVAN, )
)
           Defendants. )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that for the reasons stated in defendants' memorandum of law in support of their motion to dismiss [D.E. 18], the court GRANTS defendants' motion to dismiss [D.E. 17]. The court DISMISSES the complaint WITH PREJUDICE.

**This Judgment Filed and Entered on December 11, 2019, and Copies To:**

| | |
|---|---|
| Wen Chiann Yeh | (Sent to 102 EcKlin Lane Cary, NC 27519 via US Mail) |
| Zachary Padget | (via CM/ECF electronic notification) |

DATE:                                                  PETER A. MOORE, JR., CLERK

December 11, 2019                         (By) /s/ Nicole Sellers

                                                                               Deputy Clerk